**STATE of Missouri, Respondent,**

v.

**Troy L. FENTON, Appellant.**

**No. WD 63883.**

Missouri Court of Appeals, Western District.

March 15, 2005.

Irene C. Karns, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Appellant, Troy Fenton was convicted of escaping from confinement, Section 575.210, RSMo 2000. Fenton appeals, claiming that the trial court erred in over-ruling his motion for judgment of acquittal because the State presented insufficient evidence to convict him. Affirmed. Rule 30.25(b).